**DISMISS and Opinion June 25, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-13-00346-CV

**DANNY TRUSSELL, INDIVIDUALLY, AND ON BEHALF OF
THE HEIRS OF THE ESTATE OF TANDA TRUSSELL, DECEASED, Appellant
V.
WESTERN RESERVE LIFE ASSURANCE COMPANY OF OHIO,
WRL LIFE INSURANCE, AEGON FINANCIAL SERVICES GROUP, INC.,
MARY GRACE ANASCO, DUY M. TRUONG, AND
WORLD FINANCIAL GROUP, INC., Appellees**

**On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. 11-12748-I**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Evans
Opinion by Justice Lang

Before the Court is appellant's May 6, 2013 motion to dismiss the appeal. Appellant has informed the Court that the parties have settled their differences. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

130346F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DANNY TRUSSELL, INDIVIDUALLY, AND ON BEHALF OF THE HEIRS OF TANDA TRUSSELL, DECEASED, Appellant

No. 05-13-00346-CV          V.

WESTERN RESERVE LIFE ASSURANCE COMPANY OF OHIO, WRL LIFE INSURANCE, AEGON FINANCIAL SERVICES GROUP, INC., MARY GRACE ANASCO, DUY M. TRUONG, AND WORLD FINANCIAL GROUP, INC., Appellees

On Appeal from the 162nd Judicial District Court, Dallas County, Texas.
Trial Court Cause No. 11-12748-I.
Opinion delivered by Justice Lang.   Justices Myers and Evans, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellees, WESTERN RESERVE LIFE ASSURANCE COMPANY OF OHIO, WRL LIFE INSURANCE, AEGON FINANCIAL SERVICES GROUP, INC., MARY GRACE ANASCO, DUY M. TRUONG, AND WORLD FINANCIAL GROUP, INC., recover their costs of this appeal from appellant, DANNY TRUSSELL, INDIVIDUALLY, AND ON BEHALF OF THE HEIRS OF TANDA TRUSSELL, DECEASED.

Judgment entered this 25th day of June, 2013.


/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE